1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 | GLORIA LOA, individually and on behalf       No. 1:23-cv-00153-ADA-SKO
    | of all others similarly situated,
12
    |            Plaintiff,                        **SCHEDULING ORDER**
13
    |        v.
14
    | UNIVERSAL RECOVERY
15 | CORPORATION,
16 |            Defendant.
17

18          On October 10, 2023, a scheduling conference was held.  Yaakov Saks, Esq. appeared

19  telephonically on behalf of Plaintiff and the putative class members.  Lawrence Iglesias, Esq.

20  appeared telephonically on behalf of Defendant.

21          The Court set the following deadlines:

22      1.      Class certification discovery shall be completed by no later than November 17,

23              2023.

24      2.      The motion for class certification shall be filed by no later than December 20, 2023.

25      3.      Any opposition to the motion for class certification shall be filed by no later than

26              January 3, 2024.

27      4.      Any reply brief in support of the motion for class certification shall be filed by no

28              later than January 12, 2024.

5.       The motion for class certification shall be heard on January 24, 2024, at 9:30 a.m., in Courtroom 7 before the Honorable Sheila K. Oberto, United States Magistrate Judge, subject to being taken under submission pursuant to E.D. Cal. Local Rule 230(g).

6.       A status conference to set further scheduling dates is set for March 21, 2024, at 9:30 a.m., in Courtroom 7 before Magistrate Judge Oberto.  Telephonic appearances are approved; all parties appearing telephonically shall call (888) 557-8511, access code 6208204# at the date and time for the conference.  By no later than March 14, 2024, 2024, the parties shall file and email to skoorders@caed.uscourts.gov in MS Word format a report providing (a) dates agreed to by all counsel for all remaining deadlines and (b) an updated status of the case.

IT IS SO ORDERED.

Dated:   __October 10, 2023__           ____/s/ *Sheila K. Oberto*____
                                        UNITED STATES MAGISTRATE JUDGE