UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA LOA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL RECOVERY CORPORATION,<br><br>Defendant. | No.  1:23-cv-00153-KES-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 22) |

On December 30, 2024, the parties filed a joint stipulation dismissing Plaintiff Gloria Loa's individual claims with prejudice.  (Doc. 22.)  The stipulation does not address the putative class claims; therefore, those claims are dismissed without prejudice.  *See* Fed. R. Civ. P. 41(a)(1)(B).

In light of the parties' stipulation, Plaintiff's individual claims have been dismissed with prejudice, the putative class claims have been dismissed without prejudice, and this action has been terminated.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii), (B); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).  Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 2, 2025**               */s/ Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE